So Ordered.

Signed this 11 day of July, 2023.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Screen-it LTD,　)
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*　)
)
Debtor　)　Case No. 21-11076
)
)
Last four digits of Social Security No(s): _____　)　Chapter 7
Employer Tax Identification (EIN) No(s). (if any) NA　)

## Order Vacating an Order Entered in Error

The Bankruptcy Court Clerk's Office for the Northern District of New York notes that the following order was entered in error:

07/10/2023  Docket #32 Final Decree . (Didonna, Edward) (Entered: 07/10/2023)

IT IS ORDERED:

The above referenced order is hereby vacated and of no effect.

#####

O:M162(03/20/2014)